IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR 4 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | CR. NO. **2:07-CR-73-MEF** |
| ) | [18 USC 922(g)(1)] |
| WILLIE K. WARREN                ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 29, 2006, in Lowndes County, within the Middle District of Alabama,

**WILLIE K. WARREN,**

defendant herein, having been convicted of the following felony offense, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1)   November 14, 2005, Possession/Receipt of a Controlled Substance, case number CC 2004 000153, in the Circuit Court of Lowndes County, Alabama;

did knowingly possess in and affecting interstate commerce a firearm and ammunition, to-wit:

1)   a Rossi, Model Amadeo Rossi, .38 caliber revolver, and;

2)   Twenty-four (24) live rounds of Winchester .32 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

**WILLIE K. WARREN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28,

United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

A Rossi, Model Amadeo Rossi, .38 caliber revolver

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

(5) has been commingled with other property which cannot be divided without difficulty; the court shall pursuant to Title 21, United States Code, Section 853 as incorporated by Title 28, United States Code, Section 2461(c), order the forfeiture of any other property of the defendant up to the value of any property described in paragraph B above. All in violation of Title 18, Unites States Code, Sections 922(g) and 924(d).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
John T. Harmon
Assistant United States Attorney

_____
Matthew W. Shepherd
Assistant United States Attorney

3