## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr73-MEF |
| | ) | |
| **WILLIE K. WARREN** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **WILLIE K. WARREN**, by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 17th day of May, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:07cr73-MEF |
| | ) |
| WILLIE K. WARREN | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shepherd, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                       Respectfully submitted,

                                                       s/ Kevin L. Butler
                                                       KEVIN L. BUTLER
                                                       First Assistant Federal Defender
                                                       201 Monroe Street, Suite 407
                                                       Montgomery, Alabama 36104
                                                       Phone: (334) 834-2099
                                                       Fax: (334) 834-0353
                                                      E-mail: kevin_butler@fd.org
                                                       AZ Bar Code: 014138