IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-73-MEF |
| | ) | |
| WILLIE K. WARREN | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #23) filed on July 13, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 17th day of July, 2007.

                                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE