AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: **WILLIE K. WARREN** | Judgment — Page ___2___ of ___6___ |
| CASE NUMBER: **2:07CR73-MEF** | |

**RETURNED AND FILED**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned JAN = 8 2008
total term of:

**Twenty one (21) months.**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**
**The Court further recommends that defendant be evaluated for appropriate medical care and if necessary be designated to a facility where care can be provided.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

RECEIVED
2008 JAN - 2   A 10: 08
UNITED STATES MARSHAL
MIDDLE DISTRICT ALABAMA

Defendant delivered on _____12-18-07_____ to _THP USP_____
at _TERRE HAUTE, IN_____ , with a certified copy of this judgment.

_____R.V. Veach, warden_____
~~UNITED STATES MARSHAL~~

By _____
~~DEPUTY UNITED STATES MARSHAL~~